1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9

**WESTERN DIVISION**

10

1NTEGER, LLC, D/B/A KHARON,

**CASE NO. 2:25-cv-07669-JFW-SSCx**

11

Plaintiff,

**ORDER**

12

v.

Judge:        Hon. John F. Walter
Filed:         August 15, 2025

13

NIKHIL ALMEIDA; JOIST
TECHNOLOGIES, INC.; and DOES 1
through 10, inclusive,

14
15

Defendants.

16
17
18
19

      The Court, having reviewed the Stipulation to Extend Time to Respond to Initial Complaint,

20

and good cause appearing, hereby ORDERS THAT the deadline for Defendant Nikhil Almeida to

21

respond to Plaintiff's Complaint shall be extended by 30 days from September 15, 2025 to October

22

15, 2025.

23
24

**IT IS SO ORDERED.**

25

Dated: September 11, 2025

26

Hon. John F. Walter
United States District Judge

27
28

Koning Zollar LLP
Attorneys At Law
Encinitas

**ORDER**