COOLEY LLP
MATTHEW D. BROWN (196972)
(brownmd@cooley.com)
JONATHAN PATCHEN (237346)
(jpatchen@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

AMANDA JEREIGE (324644)
(ajereige@cooley.com)
10265 Science Center Dr
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

ARIANA E. BUSTOS (345918)
(ABustos@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244

*Attorneys for Defendant Joist Technologies, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| 1NTEGER, LLC, D/B/A KHARON,<br><br>Plaintiffs,<br><br>v.<br><br>NIKHIL ALMEIDA; JOIST TECHNOLOGIES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-07669 -JFW-SSCx<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: August 24, 2025<br>Current response date: September 15, 2025<br>New response date: October 15, 2025 |

1

ORDER

  The Stipulation between 1NTEGER, LLC, DBA KHARON ("Kharon") and Defendant JOIST TECHNOLOGIES, INC. ("Joist") by and through their counsel, requesting an extension of 30 days for Joist to file a response to the Complaint in this matter pursuant to Local Rule 8-3 (the "Stipulation") is **GRANTED**.

  Defendant Joist's deadline to respond to the Complaint is extended to October 15, 2025.

  **IT IS SO ORDERED.**

Dated: September 10, 2025

                Hon. John F. Walter
                UNITED STATES DISTRICT JUDGE